**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**INTEL CORPORATION,**
**a Delaware corporation,**

                                            **CASE NO.: _____**

       **Plaintiff,**

**v.**

**INTELAVAIL, INC.,**
**a Florida corporation,**

       **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL
### (Injunctive Relief Sought)

Plaintiff Intel Corporation ("Intel" or "Plaintiff") sues Defendant IntelAvail, Inc. ("IntelAvail" or "Defendant") and alleges as follows:

1.     This action arises from unauthorized use of the trade name and trademark INTELAVAIL in connection with software and online services by Defendant IntelAvail.

2.     By using a trade name and trademark that wholly incorporate and emphasize the world famous INTEL® trademark in connection with software and related online technology services, Defendant has caused and will likely continue to cause confusion that Intel is the source or sponsor of its goods and services, or that there is an association or affiliation between Intel and Defendant.  In addition, Defendant has caused and will likely continue to cause dilution of the famous INTEL® trademark. Consequently, Intel seeks damages and injunctive relief under the Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the Florida Trademark Dilution Statute (Fla. Stat. § 495.151), and Florida's common law prohibition against unfair competition.

## JURISDICTION

3.      This Court has personal jurisdiction over IntelAvail because it conducts or has conducted business, as well as advertised and promoted goods and services, under the marks INTELAVAIL and IntelAvail in the State of Florida and within this judicial district, and the effects of those acts have been felt in this district.

4.      This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338 and 1367.   Intel's claims are, in part, based on Defendant's violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.*  The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

5.      Venue lies in the Middle District of Florida pursuant to 28 U.S.C. § 1391(b), (c) and (d).  Defendant transacts or has transacted business in this judicial district and a substantial part of the events, omissions, and injuries giving rise to Intel's claims occurred in this judicial district.

## THE PARTIES

6.      Plaintiff Intel Corporation is a Delaware corporation having its principal place of business at 2200 Mission College Boulevard, Santa Clara, California.   Intel offers a wide variety of goods and services, which are sold worldwide and throughout the United States, including in this judicial district.

7.      Defendant IntelAvail is a Florida corporation with its principal place of business in either Tampa, Florida (as listed on its website) or in Tarpon Springs, Florida (as listed with the Florida Secretary of State).

## BACKGROUND
### Intel's Business and Marks

8. Intel is a world-famous company that develops, manufactures and sells a wide variety of computer, hardware, software, and online services, including enterprise products and services. Intel's customers include individual consumers, governments, schools, and businesses.

9. For over forty-five years, Intel has used INTEL® as a trade name, trademark and service mark to identify virtually its entire line of products and services. INTEL® is one of the most valuable, respected and famous names and trademarks in the world. Indeed, in 2014, the INTEL® brand was ranked 12th in the world in Interbrand's Best Global Brands survey, with an estimated value of over $34 billion. Numerous publications and court and tribunal decisions around the world have recognized the fame and renown of the INTEL® mark.

10. Intel technology is ubiquitous. Intel creates products and technologies that have become essential parts of homes, governments, schools, and businesses everywhere. Intel's performance is frequently cited as a bellwether of the business economy both domestically and abroad.

11. Intel's products and technology are used in many applications. Intel enjoys particular strength in the fields of computing, hardware, software, and online services, including but not limited to enterprise software solutions. Relevant customers associate the INTEL® brand with such computing, hardware, software, and online services.

12. Intel uses INTEL® as its "house mark" on or in connection with virtually every product and service it sells. In 2014 alone, Intel sold over $55 billion of INTEL®-branded products and services.

13.     Intel is the owner of numerous U.S. trademark registrations for the mark INTEL®, including the following:

a.   Intel is the owner of U.S. Trademark Registration No. 938,772 issued on July 25, 1972 for the mark INTEL® for use in connection with equipment for the testing and programming of integrated circuits, registers and semiconductor memories. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit A.

b.   Intel is the owner of U.S. Trademark Registration No. 939,641 issued on August 1, 1972 for the mark INTEL® for use in connection with integrated circuits, registers, and semiconductor memories.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit B.

c.   Intel is the owner of U.S. Trademark Registration No. 1,022,563, issued on October 14, 1975, for the mark INTEL® for use in connection with microcomputers, microcontrollers, and microprocessors.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit C.

d.   Intel is the owner of U.S. Trademark Registration No. 1,723,243, issued on October 13, 1992, for the mark INTEL® for use in connection with metal key

4

rings, note paper, note cards, posters, pencils, ball point pens, ink pens and stationery folders; plastic key chain tags; mugs and water bottles sold empty, jigsaw puzzles, golf balls, golf tees and golf ball markers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit D.

      e.   Intel is the owner of U.S. Trademark Registration No. 1,725,692, issued on October 20, 1992, for the mark INTEL® for use in connection with, among other things, sports bags, gym bags, carry-on bags, towels, and clothing.   This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit E.

      f.   Intel is the owner of U.S. Trademark Registration No. 2,171,778, issued on July 7, 1998, for the mark INTEL® for use in connection with, among other things, computer operating system software, computer hardware, integrated circuits, integrated circuit chips, microprocessors, printed circuit boards, video circuit boards, audio-video circuit boards, video graphic accelerators, multimedia accelerators, video processors, and computer hardware and software for the receipt, display and use of broadcast video, audio and data signals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit F.

g.  Intel is the owner of U.S. Trademark Registration No. 2,194,121 issued on October 6, 1998, for the mark INTEL® for use in connection with, among other things, printed materials, namely, books, magazines, newsletters, journals, operating manuals, users guides, pamphlets, and brochures about, for use with and directed to users of, computer operating system software; computer operating programs; computer application software; computer hardware; computer components; integrated circuits; microprocessors; computer memory devices; video graphic accelerators; and computer hardware and software for the receipt, display, and use of broadcast video, audio, and digital data signals.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit G.

h.  Intel is the owner of U.S. Trademark Registration No. 2,251,962 issued on June 8, 1999, for the mark INTEL® for use in connection with clocks, jewelry, key chains, necklaces, trophies and watches.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit H.

i.  Intel is the owner of U.S. Trademark Registration No. 2,251,961 issued on June 8, 1999, for the mark INTEL® for use in connection with binders, boxes for pens, tablets, note cards, self-adhesive pads, desk pads, pens, pencils, folders, paperweights, pen and pencil holders, photograph stands, erasers, markers, desk sets, and desk organizers.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C.

§ 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit I.

j.    Intel is the owner of U.S. Trademark Registration No. 2,250,491 issued on June 1, 1999, for the mark INTEL® for use in connection with travel bags, luggage, school bags, back packs, beach bags, duffel bags, and umbrellas.   This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit J.

k.    Intel is the owner of U.S. Trademark Registration No. 2,254,525 issued on June 15, 1999, for the mark INTEL® for use in connection with T-shirts, shirts, jackets, headwear, hats, and polo shirts.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.   A copy of this registration is attached hereto as Exhibit K.

l.    Intel is the owner of U.S. Trademark Registration No. 2,261,531 issued on July 13, 1999, for the mark INTEL® for use in connection with toys, dolls, and bean bags.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit L.

m.    Intel is the owner of U.S. Trademark Registration No. 2,276,580 issued on September 7, 1999 for the mark INTEL® for use in connection with mugs and sports bottles.  This registration, duly and legally issued by the United States Patent and

Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit M.

n. Intel is the owner of U.S. Trademark Registration No. 2,446,693, issued on April 24, 2001, for the mark INTEL® for use in connection with, among other things, computers, computer hardware, software for use in operating and maintaining computer systems, microprocessors, integrated circuits, computer chipsets, computer motherboards, computer graphics boards, computer networking hardware, video apparatus, video circuit boards, and apparatus and equipment for recording, processing, receiving, reproducing, transmitting, modifying, compressing, decompressing, broadcasting, merging and/or enhancing sound, video images, graphics, and data. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit N.

o. Intel is the owner of U.S. Trademark Registration No. 2,462,327, issued on June 19, 2001, for the mark INTEL® for use in connection with, among other things, computer hardware and software for use in imaging and photographic applications, namely, organizing and manipulating images and capturing, retrieving, storing and mailing images via interconnected computer networks. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit O.

p.  Intel is the owner of U.S. Trademark Registration No. 2,585,551, issued on June 25, 2002, for the mark INTEL® for use in connection with, among other things, computer hardware installation and repair services; arranging and conducting educational conferences and seminars in the fields of computers, telecommunications, and computer networking, and distributing course materials in connection therewith; development, publishing and dissemination of educational materials in the fields of computers, telecommunications and computer networking for others; interactive and non-interactive computer education training services; providing information via global computer network in the fields of education; provision of interactive and non-interactive electronic information services on a wide variety of topics; development of local and wide area computer networks for others; computer software design for others; computer programming services; providing on-line newspapers, magazines, instructional manuals in the fields of technology, education and business; and development, maintenance, and provision of interactive and non-interactive electronic bulletin boards services in the field of education.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit P.

q.  Intel is the owner of U.S. Trademark Registration No. 2,742,174, issued on July 29, 2003, for the mark INTEL® for use in connection with, among other things, repair, maintenance, support and consulting services for computer-related and communications-related goods; providing information in the field of computer technology via the global computer network; providing on-line publications, namely, books, brochures, white papers, catalogs and pamphlets in the fields of computer and information technology; and designing and developing standards for others in the design

and implementation of computer software, computer hardware and telecommunications equipment. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit Q.

r. Intel is the owner of U.S. Trademark Registration No. 3,029,954, issued on December 13, 2005, for the mark INTEL® for use in connection with, among other things, internet and web servers; internet and web caching servers; wireless and remote computer peripherals; computer hardware and software for enabling web portals; computer hardware and software for digital encryption, identification and certification; computer hardware and software to enable remote encrypted networking; computer hardware and software to enable secure data transmission via networks, the internet and world wide web; internet and web data services, namely, digital identification and certification services; and application service provider services, namely, hosting computer software applications of others. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit R.

s. Intel is the owner of U.S. Trademark Registration No. 3,136,102, issued on August 29, 2006, for the mark INTEL® for use in connection with telecommunication services, namely, electronic and digital transmission of data, documents, audio and video via computer terminals. This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting. Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111. A copy of this registration is attached hereto as Exhibit S.

t.    Intel is the owner of U.S. Trademark Registration No. 3,173,391, issued on November 21, 2006, for the mark INTEL® for use in connection with telecommunications consulting services.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL® mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit T.

u.    Intel is the owner of U.S. Trademark Registration No. 4,641,445, issued on November 18, 2014, for the mark INTEL for use in connection with interactive monitoring, transmission, and alert services for notifying caregivers of a patient's physical status and vital statistics for medical purposes and electronic monitoring services for security purposes in the field of monitoring of individuals, primarily the elderly, at home.  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid and subsisting.  Intel uses the notice of registration, "®," with its INTEL mark pursuant to 15 U.S.C. § 1111.  A copy of this registration is attached hereto as Exhibit U.

14.    In addition to using INTEL® as a trade name, a trademark, and a service mark, Intel also owns a large family of marks that incorporate INTEL® as a prominent component of the mark.  For example, in 1991, Intel developed and launched a cooperative advertising and licensing program referred to as the "Intel Inside® Program." As part of this program, Intel licensed the INTEL® mark to PC manufacturers to communicate to the end customer that the manufacturers' products, such as personal desktop computers, laptop computers and workstations, were designed with genuine Intel microprocessors.  Among Intel's many thousands of OEM ("Original Equipment Manufacturer") licensees worldwide are giants of the computer industry such as Dell, Gateway, Hewlett-Packard, IBM, and Sony.  Intel's OEM licensees have sold many

billions of dollars worth of computer products bearing the INTEL® marks. The combined advertising expenditure by Intel and Intel's licensees under the INTEL® mark has averaged over one billion dollars for each of the last few years. Through extensive advertising and promotion by Intel and its licensees, advertisements reflecting the INTEL® mark have most likely created billions of impressions.

15.     Intel is the owner of numerous U.S. trademark registrations for the INTEL INSIDE mark, including Reg. No. 1,705,796, Reg. No. 2,179,209, and Reg. No. 3,795,049. Copies of these registrations are attached hereto as Exhibits V through X, respectively.

16.     Intel owns many other U.S. trademark registrations for its family of INTEL formative marks. These include: INTEL CORE, INTEL VPRO, INTEL ATOM, INTEL INTRU, and INTEL COFLUENT. Copies of these registrations are attached hereto as Exhibits Y through EE, respectively.

17.     Through its extensive use, Intel also owns common law trademark rights in INTEL® and its family of INTEL® formative marks, for all of the goods and services and activities identified herein.

18.     Intel maintains an online presence at the URL intel.com. Intel uses its trade name and trademark as a web address in order to make it easy for customers to locate Intel's web site, and to identify that the web site is owned by Intel.

19.     Intel's web site features the INTEL® marks and many other INTEL® composite marks.

20.     As a consequence of the extensive sales, advertising, promotion, and use of the INTEL® and INTEL® formative trademarks, Intel has developed enormous recognition for its products and services under the INTEL mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark. The

INTEL® mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. § 1125(c)(1).

### Defendant's Business

21.     On information and belief, IntelAvail offers software and online services under the trademark and trade name INTELAVAIL, including enterprise software solutions.

22.     On information and belief, IntelAvail owns and controls the domain name intelavail.com.

23.     Defendant's use of INTELAVAIL wholly incorporates the INTEL® trademark, adding only the secondary and subordinate word "Avail."   INTELAVAIL further emphasizes the INTEL trademark through selective capitalization and coloration calling out and distinguishing the "INTEL" component of its INTELAVAIL mark.

24.     For over a year, Intel has attempted to amicably resolve this matter. Despite these efforts, Defendant has refused to take this matter seriously and to engage in a substantive dialogue with Intel.   Defendant has persisted in using INTELAVAIL, leaving Intel no choice but to file this Complaint.

### COUNT I
### TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

25.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1 through 24 above.

26.     Upon information and belief, Defendant was aware of Intel's business and its INTEL® mark prior to the adoption and use of INTELAVAIL.

27.     Defendant either had actual notice and knowledge, or had constructive notice, of Intel's ownership and registrations of the INTEL® mark pursuant to 15 U.S.C. § 1072 prior to their adoption and use of INTELAVAIL.

28.     Defendant is using INTELAVAIL, in connection with the offering and sale of products and services without Intel's consent and with knowledge of Intel's rights.

29.     Such willful, deliberate, and unauthorized use of INTELAVAIL falsely indicates to consumers that Defendant's products and services are in some manner connected with, sponsored by, affiliated or associated with, or related to Intel, Intel's licensees, or the goods and services of Intel and Intel's licensees.

30.     Such unauthorized use of INTELAVAIL is also likely to cause consumers to be confused as to the source, nature and quality of the products and services that Defendant is promoting and selling.

31.     Such unauthorized use of INTELAVAIL in connection with the sale of products and services allows, and will continue to allow, Defendant to receive the tremendous benefit of the substantial goodwill established at great labor and expense by Intel and to gain acceptance of the Defendant's products and services, not based on the merits of those products and services, but on Intel's reputation and goodwill.

32.     Such unauthorized use of INTELAVAIL in connection with the offering and sale of products and services deprives Intel of the ability to control the consumer perception of the quality of the goods and services marketed under the INTEL® mark, and places Intel's valuable reputation and goodwill in the hands of others over which Intel has no control.

33.     Defendant has caused confusion and is likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers and constitutes trademark infringement in violation of 15 U.S.C. § 1114.

34.     Intel has been, is now, and will be irreparably injured and damaged by such trademark infringement, and unless enjoined by the Court, Intel will suffer further

harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.      Enter judgment in favor of Intel and against Defendant;

B.      Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its infringement of Intel's federally registered trademarks;

C.      Award to Intel and against Defendant:

1)      Intel's damages caused by Defendant's infringement of Intel's federally registered trademarks;

2)      Defendant's profits relating to its infringement of Intel's federally registered trademarks; and

3)      Enhanced damages under 15 U.S.C. §1117, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.      Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from using in any manner the INTEL mark, or any name, mark or domain name that wholly incorporates the INTEL mark or is confusingly similar to or a colorable imitation of this mark;

E.      Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under INTELAVAIL, as set forth above;

15

F.      Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation INTELAVAIL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel any trademark application or registration they may have in the U.S. that includes the letter string INTEL;

H.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

I.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT II
## FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125(A))

35.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1through 24 and 26 through 32 above.

36.     Such unauthorized use of INTELAVAIL falsely suggests that Defendant's products and services are connected with, sponsored by, affiliated with, or related to Intel, and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

16

37.     Intel has been, is now, and will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its false designation of origin in violation of 15 U.S.C. § 1125(a);

C.     Award to Intel and against Defendant:

  1)     Intel's damages caused by Defendant's false designation of origin in violation of 15 U.S.C. § 1125(a);

  2)     Defendant's profits relating to its false designation of origin in violation of 15 U.S.C. § 1125(a); and

  3)     Enhanced damages under 15 U.S.C. §1117, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.     Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Intel's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is some connection between Defendant and Intel;

E.      Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under INTELAVAIL, as set forth above;

F.      Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation INTELAVAIL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

H.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT III
## FEDERAL TRADEMARK DILUTION
### (15 U.S.C. § 1125(c))

38.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1through 24 and 26 through 32 above.

39.     The INTEL® mark is world-renowned.  It is a famous mark that is widely recognized by consumers, businesses and industry, and that identifies the products and services of Intel in the minds of consumers.

40.     The unauthorized use of INTELAVAIL by Defendant began after Intel's mark had become famous.

41.     Such unauthorized use of INTELAVAIL will likely have an adverse effect upon the value and distinctive quality of the INTEL® mark.  Such acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL mark.  Such acts are likely to dilute the famous INTEL® mark in violation of 15 U.S.C. § 1125(c).

42.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its dilution of famous INTEL® mark;

C.     Award to Intel and against Defendant:

1)     Intel's damages caused by Defendant's dilution of famous INTEL® mark;

2)     Defendant's profits relating to its dilution of famous INTEL® mark; and

3)     Enhanced damages under 15 U.S.C. §1117, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.      Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from committing any acts which will tarnish, blur, or dilute, or will likely tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

E.      Order Defendant, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under INTELAVAIL, as set forth above;

F.      Order Defendant, pursuant to 15 U.S.C. § 1118, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation INTELAVAIL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

H.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT IV
## STATE TRADEMARK DILUTION
## (FLA. STAT. § 495.151)

43.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1through 24, 26 through 32, and 39 through 40 above.

44.     Such unauthorized use of INTELAVAIL will likely have an adverse effect upon the value and distinctive quality of the INTEL® mark.  Such acts blur and whittle away at the distinctiveness and identity-evoking quality of the INTEL® mark.  Such acts are likely to dilute the famous INTEL® mark in violation of Section 495.151, Florida Statutes.

45.     Defendant has engaged in its above described acts with the willful intent to trade on Intel's reputation or cause dilution of Intel's famous INTEL® mark.

46.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.     Enter judgment in favor of Intel and against Defendant;

B.     Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its dilution of famous INTEL® mark;

C.     Award to Intel and against Defendant:

1)     Intel's damages caused by Defendant's dilution of famous INTEL® mark;

2)     Defendant's profits relating to its dilution of famous INTEL® mark; and

3)      Enhanced damages under Section 495.141, Florida Statutes, Intel's reasonable attorneys' fees and costs of suit, and prejudgment interest, for the willful and wanton actions of Defendant;

D.      Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from committing any acts which will tarnish, blur, or dilute, or will likely tarnish, blur, or dilute the distinctive quality of the famous INTEL mark;

E.      Order Defendant to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under INTELAVAIL, as set forth above;

F.      Order Defendant, pursuant to Section 495.141, Florida Statutes, to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation INTELAVAIL, both alone and in combination with other words or terms;

G.      Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

H.      Grant Intel such other and further relief as the Court deems just and proper.

## COUNT V
## UNFAIR COMPETITION
## (FLORIDA COMMON LAW)

47.     Intel realleges and incorporates herein by reference the allegations in paragraphs 1through 24 and 26 through 32 above.

48.     Defendant's unauthorized use of INTELAVAIL has been intentionally, deliberately, willfully, and wantonly undertaken to deceive and mislead the public while trading on and benefiting from the substantial reputation and goodwill associated with the INTEL® Mark.

49.     Defendant's conduct constitutes unfair competition in violation of the common law of the State of Florida.

50.     Intel will be irreparably injured and damaged by the aforementioned acts, and unless enjoined by the Court, Intel will suffer further harm to its name, reputation and goodwill.  This harm constitutes an injury for which Intel has no adequate remedy at law.

WHEREFORE, Intel respectfully requests this Court to:

A.      Enter judgment in favor of Intel and against Defendant;

B.      Order Defendant to account to Intel any and all revenues and profits that Defendant has derived from its unfair competition in violation of the State of Florida's common law;

C.      Award to Intel and against Defendant:

1)      Intel's damages caused by Defendant's unfair competition in violation of Florida's common law; and

2) Defendant's profits relating to Defendant's unfair competition in violation of Florida's common law;

D. Preliminarily and permanently enjoin Defendant, and its agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with them, from further deceiving and misleading the public while trading on and benefiting from the substantial reputation and goodwill associated with the INTEL® Mark;

E. Order Defendant to file with this Court and serve upon Intel within thirty (30) days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which they have complied with the injunction, and ceased all sales and promotion of goods and services under INTELAVAIL, as set forth above;

F. Order Defendant to deliver up for destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles or other matter in the possession, custody, or under the control of Defendant or its agents bearing the trademark INTEL in any manner, or any mark that is confusingly similar to or a colorable imitation of this mark, including without limitation INTELAVAIL, both alone and in combination with other words or terms;

G. Order Defendant to take all steps necessary to cancel or transfer to Intel, in Intel's sole discretion, any domain name including the mark INTEL in their possession or control, including without limitation intelvail.com, and to remove all references to INTEL from all of their other websites, if any; and

H. Grant Intel such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Intel hereby demands a trial by jury of all issues so triable.

Dated:  March 30, 2016

Respectfully submitted,

s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
E-mail: kwade@feejeffries.com
1227 N. Franklin Street
Tampa, FL 33602
Telephone: (813) 229-8008
Facsimile: (813) 229-0046
rfee@feejeffries.com
kwade@feejeffries.com
*Local Counsel for Plaintiff,*
*Intel Corporation*

and

Ian K. Boyd
(*Motion for Admission Pro Hac Vice to*
*be filed*)
California Bar No. 191434
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, California  94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
iboyd@harveysiskind.com

*Trial Counsel for Plaintiff,*
*Intel Corporation*

# United States Patent Office

938,772
Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,319, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: EQUIPMENT FOR THE TESTING AND PRO-
GRAMMING OF INTEGRATED CIRCUITS, REGIS-
TERS AND SEMICONDUCTOR MEMORIES, in
CLASS 26 (INT. CL. 9).
First use Jan. 15, 1971; in commerce Jan. 15, 1971.

E. W. BROWNE, Examiner


EXHIBIT
A

# United States Patent Office

939,641
Registered Aug. 1, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 384,320, filed Feb. 19, 1971

## INTEL

Intel Corporation (California corporation)
365 Middlefield Road
Mountain View, Calif.   94040

For: INTEGRATED CIRCUITS, REGISTERS AND
SEMICONDUCTOR MEMORIES, in CLASS 21 (INT.
CL. 9).
First use Mar. 11, 1969; in commerce Mar. 11, 1969.

E. W. BROWNE, Examiner

EXHIBIT
B

Int. Cl.: 9

Prior U.S. Cl.: 21, 26

## United States Patent Office

Reg. No. 1,022,563
Registered Oct. 14, 1975

## TRADEMARK
### Principal Register

## INTEL

Intel Corporation (California corporation)
3065 Bowers Ave.
Santa Clara, Calif. 95051

For: MICROCOMPUTERS, MICROCONTROLLERS AND MICROPROCESSORS, in CLASS 9 (U.S. CLS. 21 and 26).

First use July 6, 1971; in commerce July 6, 1971.
Owner of Reg. Nos. 938,772, 997,021, and others.

Ser. No. 35,122, filed Oct. 21, 1974.

B. C. WASHINGTON, Examiner

EXHIBIT

C

Int. Cls.: 6, 14, 16, 20, 21 and 28

Prior U.S. Cls.: 2, 13, 22, 25, 27, 37, 38 and 44

## United States Patent and Trademark Office

Reg. No. 1,723,243
Registered Oct. 13, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: METAL KEY RINGS, IN CLASS 6 (U.S.
CLS. 13 AND 25).
FIRST USE 10–16–1990; IN COMMERCE
10–16–1990.
FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 10–15–1990; IN COMMERCE
10–15–1990.
FOR: NOTE PAPER, NOTE CARDS, POST-
ERS, MICROPROCESSOR CHIP DIE PLOT
PRINTS AS ART PRINTS, PENCILS, BALL
POINT PENS, INK PENS AND STATIONERY
FOLDERS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 10–22–1990; IN COMMERCE
10–22–1990.

FOR: PLASTIC KEY CHAIN TAGS, IN
CLASS 20 (U.S. CLS. 13 AND 25).
FIRST USE 10–19–1990; IN COMMERCE
10–19–1990.
FOR: MUGS AND WATER BOTTLES SOLD
EMPTY, IN CLASS 21 (U.S. CLS. 2 AND 44).
FIRST USE 10–1–1990; IN COMMERCE
10–1–1990.
FOR: JIGSAW PUZZLES, GOLF BALLS,
GOLF TEES AND GOLF BALL MARKERS, IN
CLASS 28 (U.S. CL. 22).
FIRST USE 9–27–1990; IN COMMERCE
9–27–1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74–225,623, FILED 11–25–1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

EXHIBIT

**D**

Int. Cls.: 18, 24 and 25

Prior U.S. Cls.: 3, 39 and 42

## United States Patent and Trademark Office

Reg. No. 1,725,692

Registered Oct. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: ALL PURPOSE SPORT BAGS, GYM
BAGS AND CARRY-ON BAGS, IN CLASS 18
(U.S. CL. 3).
FIRST USE 10-12-1990; IN COMMERCE
10-12-1990.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 10-27-1990; IN COMMERCE
10-27-1990.

FOR: CLOTHING; NAMELY, T-SHIRTS, COV-
ERALLS, SHIRTS AND CAPS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 10-1-1990; IN COMMERCE
10-1-1990.
OWNER OF U.S. REG. NOS. 914,978, 1,573,324
AND OTHERS.

SER. NO. 74-225,506, FILED 11-25-1991.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,171,778

**United States Patent and Trademark Office**     Registered July 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR
MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-

VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 7–6–1971; IN COMMERCE
7–6–1971.

OWNER OF U.S. REG. NOS. 938,772, 9,149,978,
AND OTHERS.

SN 75–160,106, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY


EXHIBIT
F

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,194,121

## United States Patent and Trademark Office

Registered Oct. 6, 1998

### TRADEMARK
### PRINCIPAL REGISTER

### INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PRINTED MATERIALS, NAMELY,
BOOKS, MAGAZINES, NEWSLETTERS, JOUR-
NALS, OPERATING MANUALS, USERS
GUIDES, PAMPHLETS, AND BROCHURES
ABOUT, FOR USE WITH AND DIRECTED TO
USERS OF, COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS;
COMPUTER SYSTEM TOOLS; COMPUTER
SYSTEM UTILITIES; COMPUTER APPLICA-
TION SOFTWARE; COMPUTER FIRMWARE;
COMPUTER HARDWARE; COMPUTER PE-
RIPHERALS; COMPUTER COMPONENTS; IN-
TEGRATED CIRCUITS; INTEGRATED CIR-
CUIT CHIPS; SEMICONDUCTOR PROCES-
SORS; SEMICONDUCTOR PROCESSOR CHIPS;
MICROPROCESSORS; PRINTED CIRCUIT
BOARDS; ELECTRONIC CIRCUIT BOARDS;
COMPUTER MEMORY DEVICES; SEMICON-
DUCTOR MEMORY DEVICES; VIDEO CIR-
CUIT BOARDS; AUDIO CIRCUIT BOARDS;
AUDIO-VIDEO CIRCUIT BOARDS; VIDEO
GRAPHIC ACCELERATORS; MULTIMEDIA
ACCELERATORS; VIDEO PROCESSORS; FAX/
MODEMS; COMPUTER HARDWARE AND
SOFTWARE FOR THE TRANSMISSION AND
RECEIPT OF FACSIMILES; COMPUTER
HARDWARE AND SOFTWARE FOR THE DE-
VELOPMENT, MAINTENANCE, AND USE OF
LOCAL AND WIDE AREA COMPUTER NET-
WORKS; COMPUTER HARDWARE AND SOFT-
WARE FOR THE DEVELOPMENT, MAINTE-
NANCE, AND USE OF INTERACTIVE AUDIO-
VIDEO COMPUTER CONFERENCE SYSTEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE RECEIPT, DISPLAY, AND USE OF
BROADCAST VIDEO, AUDIO, AND DIGITAL
DATA SIGNALS; AND COMPUTER HARD-
WARE AND SOFTWARE FOR DEVELOP-
MENT, TESTING, PROGRAMMING, AND PRO-
DUCTION OF HARDWARE AND SOFTWARE,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38
AND 50).

FIRST USE 3–0–1969; IN COMMERCE
3–0–1969.

OWNER OF U.S. REG. NOS. 1,573,324,
1,723,243, AND OTHERS.

SN 75–160,105, FILED 9–4–1996.

SOPHIA S. KIM, EXAMINING ATTORNEY

EXHIBIT

G

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,962

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: CLOCKS, BELT BUCKLES, JEWELRY,
CHARMS, CUFF LINKS, EARRINGS, KEY
CHAINS, NECKLACES, BRACELETS, NECK-
TIE FASTENERS, LAPEL PINS, MONEY CLIP,

PENDANTS, PIGGY BANKS, TIE PINS, TRO-
PHIES AND WATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 10-0-1990; IN COMMERCE
10-19-1990.

SN 75-371,526, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY


EXHIBIT
H

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,251,961

Registered June 8, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: BINDERS, BOOKENDS, BOXES FOR
PENS, CALENDARS, TABLETS, NOTE CARDS
AND PLAYING CARDS, SELF-ADHESIVE
PADS, DESK PADS, AND CALENDAR PADS,
PENS, PENCILS, FOLDERS, PAPERWEIGHTS,
PEN AND PENCIL HOLDERS, PHOTOGRAPH
STANDS, RULERS, ERASERS, MARKERS,
DESK SETS, DESK ORGANIZERS, IN CLASS
16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

SN 75–371,525, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

I

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 2,250,491

Registered June 1, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TRAVEL BAGS, LUGGAGE, SCHOOL
BAGS, BACK PACKS, BEACH BAGS, DUFFEL
BAGS, FANNY PACKS, UMBRELLAS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 10-0-1993; IN COMMERCE
10-0-1993.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,363, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY

EXHIBIT

J

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,254,525

Registered June 15, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: T-SHIRTS, SHIRTS, BEACHWEAR,
LOUNGEWEAR, SWEATERS, SWEATSHIRTS,
SWEAT SUITS, COVERALLS, JACKETS, TIES,
HEADWEAR, CARDIGANS, GYM SUITS,
HATS, JOGGING SUITS, NECKTIES, POLO
SHIRTS, SCARVES, INFANT ROMPERS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1990; IN COMMERCE
10-0-1990.

OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-978,308, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY



EXHIBIT
**K**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,261,531

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TOYS, NAMELY, STUFFED TOYS,
TOYS, PLUSH TOYS, DOLLS, BEAN BAGS,
GAMES, NAMELY, BOARD GAMES, STAND
ALONE VIDEO GAMES, AND CHRISTMAS
TREE ORNAMENTS, IN CLASS 28 (U.S. CLS.
22, 23, 38 AND 50).

FIRST USE 9–0–1990; IN COMMERCE
9–0–1990.

SN 75–349,837, FILED 9–2–1997.

NANCY L. HANKIN, EXAMINING ATTORNEY


EXHIBIT
L

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,276,580

Registered Sep. 7, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: MUGS, SPORTS BOTTLES, IN CLASS
21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-0-1993; IN COMMERCE
12-0-1993.
OWNER OF U.S. REG. NOS. 1,723,243,
1,725,692, AND OTHERS.

SN 75-371,362, FILED 10-10-1997.

NANCY L. HANKIN, EXAMINING ATTORNEY



EXHIBIT
M

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,446,693

Registered Apr. 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SOFTWARE FOR USE IN OPERATING AND MAINTAINING COMPUTER SYSTEMS; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS AND DAUGHTERBOARDS; COMPUTER GRAPHICS BOARDS; COMPUTER NETWORKING HARDWARE; COMPUTER NETWORK ADAPTORS, SWITCHES, ROUTERS AND HUBS; COMPUTER PERIPHERALS AND ELECTRONIC APPARATUS FOR USE WITH COMPUTERS; KEYBOARDS; TRACKBALLS; COMPUTER MOUSE DEVICES; COMPUTER INPUT DEVICES; COMPUTER MONITORS; VIDEO APPARATUS; VIDEO CIRCUIT BOARDS; APPARATUS AND EQUIPMENT FOR RECORDING, PROCESSING, RECEIVING, REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING AND/OR ENHANCING SOUND, VIDEO IMAGES, GRAPHICS, AND DATA; ALGORITHM SOFTWARE PROGRAMS FOR THE OPERATION AND CONTROL OF COMPUTERS; COMPUTER COMPONENT TESTING AND CALIBRATING ELECTRONIC UNITS; SET-TOP BOXES, NAMELY, ELECTRONIC CONTROL BOXES FOR THE INTERFACE AND CONTROL OF COMPUTER AND GLOBAL COMPUTER NETWORKS WITH TELEVISION AND CABLE BROADCAST EQUIPMENT, TELECONFERENCING EQUIPMENT, AND VIDEO CONFERENCING EQUIPMENT, COMPUTER PROGRAMS FOR NETWORK MANAGEMENT; COMPUTER UTILITY PROGRAMS; COMPUTER OPERATING SYSTEM SOFTWARE; COMPUTER PROGRAMS FOR RECORDING, PROCESSING, RECEIVING REPRODUCING, TRANSMITTING, MODIFYING, COMPRESSING, DECOMPRESSING, BROADCASTING, MERGING, AND/OR ENHANCING SOUND, VIDEO, IMAGES, GRAPHICS, AND DATA; COMPUTER PROGRAMS FOR WEB PAGE DESIGN; COMPUTER PROGRAMS FOR ACCESSING AND USING THE GLOBAL COMPUTER NETWORK; TELECOMMUNICATIONS APPARATUS AND INSTRUMENTS; APPARATUS AND EQUIPMENT FOR USE IN VIDEO-CONFERENCING, TELECONFERENCING, DOCUMENT EXCHANGE AND EDITING; CAMERAS AND DIGITAL CAMERAS FOR USE WITH COMPUTERS; HEADSETS FOR USE WITH COMPUTERS, COMPUTER SOFTWARE, TELECONFERENCING EQUIPMENT AND VIDEO CONFERENCING EQUIPMENT; PARTS, FITTINGS, AND TESTING APPARATUS FOR ALL THE AFORESAID GOODS; AND USER MANUALS FOR USE WITH, AND SOLD AS A UNIT WITH, ALL THE AFORESAID GOODS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563, AND OTHERS.

SN 75-412,493, FILED 12-3 1-1997.

TERESA M. RUPP, EXAMINING ATTORNEY



EXHIBIT
N

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,462,327

Registered June 19, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
DIGITAL CAMERAS AND PC CAMERAS; COMPU-
TER HARDWARE FOR USE IN IMAGING AND
PHOTOGRAPHIC APPLICATIONS; COMPUTER
SOFTWARE FOR USE IN IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND
CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; PHOTO DISCS, NAMELY, CD
ROMS FOR USE IN STORING PHOTOGRAPHIC
IMAGES; CD ROMS FOR IMAGING AND PHOTO-
GRAPHIC APPLICATIONS, NAMELY, ORGANIZ-
ING AND MANIPULATING IMAGES AND

CAPTURING, RETRIEVING, STORING AND MAIL-
ING IMAGES VIA INTERCONNECTED COMPU-
TER NETWORKS; IMAGING SENSORS;
INTERACTIVE MULTIMEDIA COMPUTER GAME
PROGRAMS; INTERACTIVE VIDEO GAME PRO-
GRAMS; INTERACTIVE VIDEO GAMES OF VIR-
TUAL REALITY COMPRISED OF COMPUTER
HARDWARE AND SOFTWARE, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-1-1991; IN COMMERCE 12-1-1991.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 75-607,823, FILED 12-18-1998.

BRETT J. GOLDEN, EXAMINING ATTORNEY



Int. Cls.: 37, 41, and 42

Prior U.S. Cls.: 100, 101, 103, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,585,551
Registered June 25, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER HARDWARE INSTALLATION
AND REPAIR SERVICES; MAINTENANCE OF
HARDWARE FOR LOCAL AND WIDE AREA COM-
PUTER NETWORKS; MAINTENANCE OF HARD-
WARE FOR INTERACTIVE AUDIO-VIDEO
COMPUTER CONFERENCE SYSTEMS; MAINTE-
NANCE FOR HARDWARE FOR RECEIPT, DIS-
PLAY AND USE OF BROADCAST VIDEO, AUDIO,
AND DIGITAL DATA SIGNALS; MAINTENANCE
OF HARDWARE FOR INTERACTIVE AND NON-
INTERACTIVE WEB PAGES FOR THE GLOBAL
COMPUTER NETWORK FOR OTHERS, IN CLASS
37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, ARRANGING AND CON-
DUCTING EDUCATIONAL CONFERENCES AND
SEMINARS IN THE FIELDS OF COMPUTERS,
TELECOMMUNICATIONS, AND COMPUTER NET-
WORKING, AND DISTRIBUTING COURSE MATE-
RIALS IN CONNECTION THEREWITH;
DEVELOPMENT, PUBLISHING AND DISSEMINA-
TION OF EDUCATIONAL MATERIALS IN THE
FIELDS OF COMPUTERS, TELECOMMUNICA-
TIONS AND COMPUTER NETWORKING FOR
OTHERS; INTERACTIVE AND NON-INTERACTIVE
COMPUTER EDUCATION TRAINING SERVICES;
PROVIDING INFORMATION VIA GLOBAL COM-
PUTER NETWORK IN THE FIELDS OF EDUCA-
TION AND ENTERTAINMENT; PROVISION OF
INTERACTIVE AND NON-INTERACTIVE ELEC-
TRONIC INFORMATION SERVICES IN THE
FIELDS OF EDUCATION AND ENTERTAINMENT,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-1997; IN COMMERCE 7-0-1997.

FOR: COMPUTER SERVICES, NAMELY, COM-
PUTER DIAGNOSTIC SERVICES; MAINTENANCE
AND UPDATING OF COMPUTER SOFTWARE;
PROVIDING OTHERS WITH ACCESS TO INTER-
ACTIVE AND NON-INTERACTIVE BROADCAST
VIDEO, AUDIO AND DIGITAL DATA SIGNALS;
PROVISION OF INTERACTIVE AND NON-INTER-
ACTIVE ELECTRONIC INFORMATION SERVICES
ON A WIDE VARIETY OF TOPICS; DEVELOPMENT
OF LOCAL AND WIDE AREA COMPUTER NET-
WORKS FOR OTHERS; DEVELOPMENT OF
AUDIO-VIDEO COMPUTER CONFERENCE SYS-
TEMS FOR OTHERS; DEVELOPMENT OF COMPU-
TER HARDWARE AND SOFTWARE FOR THE
RECEIPT, DISPLAY AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIGNALS
FOR OTHERS; LEASING ACCESS TIME TO COM-
PUTER DATA BASES IN THE NATURE OF COM-
PUTER BULLETIN BOARDS IN A WIDE VARIETY
OF FIELDS; COMPUTER WEB SITE DESIGN SER-
VICES; COMPUTER SOFTWARE DESIGN FOR
OTHERS; DEVELOPMENT OF INTERACTIVE
AND NON-INTERACTIVE WEB PAGES FOR THE
GLOBAL COMPUTER NETWORK FOR OTHERS;
COMPUTER PROGRAMMING SERVICES; PROVID-
ING ON-LINE NEWSPAPERS, MAGAZINES, IN-
STRUCTIONAL MANUALS IN THE FIELDS OF
TECHNOLOGY, ENTERTAINMENT, EDUCATION
AND BUSINESS; DEVELOPMENT, MAINTE-
NANCE, AND PROVISION OF INTERACTIVE
AND NON-INTERACTIVE ELECTRONIC BULLE-
TIN BOARDS SERVICES IN THE FIELDS OF EN-
TERTAINMENT AND EDUCATION, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 9-28-1999; IN COMMERCE 9-28-1999.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-163,576, FILED 9-10-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY



EXHIBIT
P

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,742,174
Registered July 29, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER-RELATED AND COMMUNI-
CATIONS-RELATED SERVICES, NAMELY, IN-
STALLATION, REPAIR, MAINTENANCE,
SUPPORT AND CONSULTING SERVICES FOR
COMPUTER-RELATED AND COMMUNICA-
TIONS-RELATED GOODS; PROVIDING INFORMA-
TION IN THE FIELD OF COMPUTER
TECHNOLOGY VIA THE GLOBAL COMPUTER
NETWORK; PROVIDING ON-LINE PUBLICA-
TIONS, NAMELY, BOOKS, BROCHURES, WHITE
PAPERS, CATALOGS AND PAMPHLETS IN THE
FIELDS OF COMPUTER AND INFORMATION

TECHNOLOGY; DESIGNING AND DEVELOPING
STANDARDS FOR OTHERS IN THE DESIGN AND
IMPLEMENTATION OF COMPUTER SOFTWARE,
COMPUTER HARDWARE AND TELECOMMUNI-
CATIONS EQUIPMENT, IN CLASS 42 (U.S. CLS. 100
AND 101).

FIRST USE 11-0-1996; IN COMMERCE 11-0-1996.

OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 75-412,490, FILED 12-31-1997.

TERESA M. RUPP, EXAMINING ATTORNEY

EXHIBIT
**Q**

Int. Cls.: 9 and 42

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 3,029,954

Registered Dec. 13, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: SEMICONDUCTOR AND MICROPROCES-
SOR CARTRIDGES; INTERNET AND WEB SER-
VERS; INTERNET AND WEB CACHING SERVERS;
WIRELESS AND REMOTE COMPUTER PERIPHER-
ALS; COMPUTER HARDWARE AND SOFTWARE
FOR ENABLING WEB PORTALS; COMPUTER
HARDWARE AND SOFTWARE FOR DIGITAL EN-
CRYPTION, IDENTIFICATION AND CERTIFICA-
TION; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE REMOTE ENCRYPTED NETWORK-
ING; COMPUTER HARDWARE AND SOFTWARE
TO ENABLE SECURE DATA TRANSMISSION VIA
NETWORKS, THE INTERNET AND WORLD WIDE
WEB, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-31-1997; IN COMMERCE 5-31-1997.

FOR: COMPUTER CONSULTATION SERVICES,
NAMELY, WEB DESIGN AND DEVELOPMENT
SERVICES; INTERNET AND WEB DATA SERVICES,
NAMELY DIGITAL IDENTIFICATION AND CER-
TIFICATION SERVICES; APPLICATION SERVICE
PROVIDER SERVICES, NAMELY HOSTING COM-
PUTER SOFTWARE APPLICATIONS OF OTHERS,
IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-975,693, FILED 4-3-2000.

TRICIA THOMPKINS, EXAMINING ATTORNEY



EXHIBIT
R

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,136,102

Registered Aug. 29, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

## INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BLVD.
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATION SERVICES,
NAMELY, ELECTRONIC AND DIGITAL TRANS-
MISSION OF DATA, DOCUMENTS, AUDIO AND
VIDEO VIA COMPUTER TERMINALS, IN CLASS 38
(U.S. CLS. 100, 101 AND 104).

FIRST USE 3-31-2003; IN COMMERCE 3-31-2003.

OWNER OF U.S. REG. NOS. 914,978, 2,171,778,
AND OTHERS.

SN 76-016,892, FILED 4-3-2000.

COLLEEN DOMBROW, EXAMINING ATTORNEY

**EXHIBIT**

**S**

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 3,173,391

Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# INTEL

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: TELECOMMUNICATIONS CONSULTING
SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-0-2001; IN COMMERCE 4-0-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978 AND 3,019,987.

SER. NO. 78-633,311, FILED 5-19-2005.

JOHN GARTNER, EXAMINING ATTORNEY


EXHIBIT
T



# INTEL

**Reg. No. 4,641,445**
**Registered Nov. 18, 2014**

**Int. Cls.: 44 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: INTERACTIVE MONITORING, TRANSMISSION, AND ALERT SERVICES FOR NOTI-
FYING CAREGIVERS OF A PATIENT'S PHYSICAL STATUS AND VITAL STATISTICS FOR
MEDICAL PURPOSES , IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 9-3-2013; IN COMMERCE 9-3-2013.

FOR: ELECTRONIC MONITORING SERVICES FOR SECURITY PURPOSES IN THE FIELD
OF MONITORING OF INDIVIDUALS, PRIMARILY THE ELDERLY, AT HOME, IN CLASS
45 (U.S. CLS. 100 AND 101).

FIRST USE 9-3-2013; IN COMMERCE 9-3-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,173,391, AND OTHERS.

SN 85-181,390, FILED 11-19-2010.

REBECCA POVARCHUK, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**



EXHIBIT U

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,705,796

Registered Aug. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
3065 BOWERS AVENUE
SANTA CLARA, CA 95051

FOR: MICROPROCESSORS, IN CLASS 9 (U.S.
CL. 26).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.
OWNER OF U.S. REG. NOS. 914,978, 1,022,563,
AND OTHERS.

SN 74-159,673, FILED 4-22-1991.

GLENN CLARK, EXAMINING ATTORNEY



EXHIBIT
V

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,179,209

**United States Patent and Trademark Office**   Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## INTEL INSIDE

INTEL CORPORATION (DELAWARE CORPO-
RATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119 INTEL CORPO-
RATION (DELAWARE CORPORATION)

2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER OPERATING SYSTEM
SOFTWARE; COMPUTER OPERATING PRO-
GRAMS; COMPUTER SYSTEM EXTENSIONS,
TOOLS AND UTILITIES IN THE FIELD OF
APPLICATION SOFTWARE FOR CONNECT-
ING PERSONAL COMPUTERS, NETWORKS,
TELECOMMUNICATIONS APPARATUS AND
GLOBAL COMPUTER NETWORK APPLICA-
TIONS; AUDIO AND VIDEO GRAPHICS FOR
REAL TIME INFORMATION AND IMAGE
TRANSFER, TRANSMISSION, RECEPTION,
PROCESSING AND DIGITIZING; COMPUTER
FIRMWARE; COMPUTER HARDWARE; COM-
PUTER PERIPHERALS; INTEGRATED CIR-
CUITS; INTEGRATED CIRCUIT CHIPS; SEMI-
CONDUCTOR PROCESSORS; SEMICONDUC-
TOR PROCESSOR CHIPS; MICROPROCES-
SORS; PRINTED CIRCUIT BOARDS; ELEC-
TRONIC CIRCUIT BOARDS; COMPUTER
MEMORY DEVICES; SEMICONDUCTOR

MEMORY DEVICES; VIDEO CIRCUIT
BOARDS; AUDIO CIRCUIT BOARDS; AUDIO-
VIDEO CIRCUIT BOARDS; VIDEO GRAPHIC
ACCELERATORS; MULTIMEDIA ACCELERA-
TORS; VIDEO PROCESSORS; FAX/MODEMS;
COMPUTER HARDWARE AND SOFTWARE
FOR THE TRANSMISSION AND RECEIPT OF
FACSIMILES; COMPUTER HARDWARE AND
SOFTWARE FOR THE DEVELOPMENT,
MAINTENANCE, AND USE OF LOCAL AND
WIDE AREA COMPUTER NETWORKS; COM-
PUTER HARDWARE AND SOFTWARE FOR
THE DEVELOPMENT, MAINTENANCE, AND
USE OF INTERACTIVE AUDIO-VIDEO COM-
PUTER CONFERENCE SYSTEMS; COMPUTER
HARDWARE AND SOFTWARE FOR THE RE-
CEIPT, DISPLAY, AND USE OF BROADCAST
VIDEO, AUDIO, AND DIGITAL DATA SIG-
NALS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 1-0-1992; IN COMMERCE
1-0-1992.

OWNER OF U.S. REG. NOS. 1,702,463 AND
1,705,796.

SN 75-160,103, FILED 9-4-1996.

SOPHIA S. KIM, EXAMINING ATTORNEY



EXHIBIT

W

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,795,049**

**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; NOTEBOOK COMPUTERS; LAPTOP COMPUTERS; PORTABLE COMPUTERS; COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; CENTRAL PROCESSING UNITS; MICROCOMPUTERS; COMPUTER CHIPSETS; COMPUTER MOTHERBOARDS; COMPUTER GRAPHICS BOARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

THE MARK CONSISTS OF THE TERM "INTEL" INSIDE TWO ELLIPTICAL ARCS THAT DO NOT CONNECT BUT CREATE A THREE DIMENSIONAL SWIRL ELEMENT, AND THE WORD "INSIDE" PLACED BELOW AND SLIGHTLY TO THE RIGHT OF CENTER.

SN 78-779,403, FILED 12-22-2005.

CAROLYN CATALDO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



EXHIBIT
X

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,349,705
Registered Dec. 4, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL CORE

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: DATA PROCESSORS; COMPUTERS; SEMI-
CONDUCTORS; MICROPROCESSORS; SEMICON-
DUCTOR DEVICES; INTEGRATED CIRCUITS;
COMPUTER CHIPSETS; COMPUTER MOTHER-
BOARDS AND DAUGHTERBOARDS; COMPUTER
SOFTWARE, NAMELY, COMPUTER OPERATING
SYSTEMS, COMPUTER UTILITY SOFTWARE AND
OTHER COMPUTER SOFTWARE USED TO MAIN-
TAIN AND OPERATE A COMPUTER SYSTEM;
PROGRAMMABLE DATA PROCESSORS, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2005; IN COMMERCE 11-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 914,978, 3,019,987,
AND OTHERS.

SN 78-714,166, FILED 9-15-2005.

JOHN GARTNER, EXAMINING ATTORNEY



EXHIBIT
Y

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 3,532,588

Registered Nov. 11, 2008

## TRADEMARK
### PRINCIPAL REGISTER



INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS; LAPTOP COMPUTERS; NOTEBOOK COMPUTERS; SEMICONDUCTORS; MICROPROCESSORS; INTE-GRATED CIRCUITS; COMPUTER CHIPSETS; COM-PUTER HARDWARE AND SOFTWARE FOR COMPUTER NETWORKING AND TELECOMMU-NICATIONS NETWORKING; COMPUTER HARD-WARE AND SOFTWARE FOR PROVIDING AND ENHANCING THE OVERALL MANAGEMENT OF COMPUTER APPLICATIONS AND OPERATING SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-TENANCE, ALLOCATION OF COMPUTER RE-SOURCES, INVENTORY AND UPGRADE OF COMPUTER HARDWARE, COMPUTER SOFT-WARE AND COMPUTER NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR PROVIDING AND ENHANCING CONNECTIVITY BETWEEN COMPUTERS, COMPUTER NETWORKS, AND TEL-ECOMMUNICATIONS NETWORKS; COMPUTER HARDWARE AND SOFTWARE FOR PROVIDING AND ENHANCING THE SHARING, TRANSFER AND PRESENTATION OF AUDIO, VIDEO AND DATA; COMPUTER HARDWARE AND SOFTWARE FOR MONITORING, REPAIRING AND UPGRAD-ING COMPUTERS, COMPUTER NETWORKS AND COMPUTER SOFTWARE; COMPUTER HARD-WARE AND SOFTWARE FOR PROVIDING AND ENHANCING DATA PROTECTION, DATA BACK-UP, DATA RESTORATION AND SECURITY OF COMPUTERS, COMPUTER NETWORKS AND COMPUTER SOFTWARE; COMPUTER HARD-WARE AND SOFTWARE FOR ENABLING AUTO-MATIC TRANSITIONING BETWEEN LEVELS OF VOLTAGE AND FREQUENCY PERFORMANCE OF A COMPUTER PROCESSOR AND COMPUTER SYS-TEM, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

OWNER OF U.S. REG. NOS. 939,641, 2,446,693, AND OTHERS.

SN 78-867,552, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY

EXHIBIT
Z

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,580,552
Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# INTEL VPRO

INTEL CORPORATION (DELAWARE CORPORA-
TION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; DESKTOP COMPUTERS;
LAPTOP COMPUTERS; NOTEBOOK COMPUTERS;
SEMICONDUCTORS; MICROPROCESSORS; INTE-
GRATED CIRCUITS; COMPUTER CHIPSETS; COM-
PUTER HARDWARE AND SOFTWARE FOR
COMPUTER NETWORKING AND TELECOMMU-
NICATIONS NETWORKING; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING THE OVERALL MANAGEMENT OF
COMPUTER APPLICATIONS AND OPERATING
SYSTEMS AS WELL AS THE DIAGNOSIS, MAIN-
TENANCE, ALLOCATION OF COMPUTER RE-
SOURCES, INVENTORY AND UPGRADE OF
COMPUTER HARDWARE, COMPUTER SOFT-
WARE AND COMPUTER NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING CONNECTIVITY BETWEEN
COMPUTERS, COMPUTER NETWORKS, AND TEL-
ECOMMUNICATIONS NETWORKS; COMPUTER
HARDWARE AND SOFTWARE FOR PROVIDING
AND ENHANCING THE SHARING, TRANSFER
AND PRESENTATION OF AUDIO, VIDEO AND
DATA; COMPUTER HARDWARE AND SOFTWARE
FOR MONITORING, REPAIRING AND UPGRAD-
ING COMPUTERS, COMPUTER NETWORKS AND
COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR PROVIDING AND
ENHANCING DATA PROTECTION, DATA BACK-
UP, DATA RESTORATION AND SECURITY OF
COMPUTERS, COMPUTER NETWORKS AND

COMPUTER SOFTWARE; COMPUTER HARD-
WARE AND SOFTWARE FOR ENABLING AUTO-
MATIC TRANSITIONING BETWEEN LEVELS OF
VOLTAGE AND FREQUENCY PERFORMANCE OF
A COMPUTER PROCESSOR AND COMPUTER SYS-
TEM; ALL OF THE AFOREMENTIONED SOFT-
WARE EXCLUDING DATA ACQUISITION
SOFTWARE SPECIFICALLY RELATED TO INDUS-
TRIAL, MANUFACTURING, SCIENTIFIC AND
OTHER APPLICATIONS WHERE PHYSICAL MEA-
SUREMENTS SUCH AS TEMPERATURE, WEIGHT,
LEVEL, VELOCITY, VOLTAGE, CURRENT AND
FREQUENCY ARE CONVERTED TO AN ELECTRI-
CAL SIGNAL, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 4-24-2006; IN COMMERCE 4-24-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED
REP GERMANY APPLICATION NO. 30603769.6,
FILED 1-18-2006, REG. NO. 30603769, DATED 1-19-
2006, EXPIRES 1-31-2016.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778,
AND 2,446,693.

SER. NO. 78-867,548, FILED 4-23-2006.

DAVID MURRAY, EXAMINING ATTORNEY





# INTEL ATOM

**Reg. No. 3,928,879**
**Registered Mar. 8, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTERS; COMPUTER HARDWARE; SEMICONDUCTORS; MICROPROCESSORS; INTEGRATED CIRCUITS; COMPUTER MOTHERBOARDS; SOFTWARE PROGRAMMABLE MICROPROCESSORS; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; WIRELESS DEVICES USED FOR INTERNET CONNECTIVITY FEATURING DATA AND IMAGE TRANSMISSION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2008; IN COMMERCE 3-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30774767.0/0, FILED 11-16-2007, REG. NO. 30774767, DATED 1-31-2008, EXPIRES 11-30-2017.

SN 77-406,712, FILED 2-26-2008.

WENDY GOODMAN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



EXHIBIT
BB



# INTEL INTRU

**Reg. No. 4,130,118**
**Registered Apr. 24, 2012**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF MOTION PICTURES, VIDEOS AND FILMS; SPECIAL EFFECTS ANIMATION SERVICES FOR TELEVISION, VIDEO AND MOTION PICTURES; ANIMATION PRODUCTION SERVICES; MULTIMEDIA ENTERTAINMENT SOFTWARE PRODUCTION SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302008043850, FILED 7-1-2008, REG. NO. 302008043850, DATED 1-20-2009, EXPIRES 7-31-2018.

OWNER OF U.S. REG. NOS. 939,641, 2,171,778 AND OTHERS.

SER. NO. 77-549,890, FILED 8-18-2008.

JORDAN BAKER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT

## CC

# United States of America

## United States Patent and Trademark Office

# INTEL INTRU

**Reg. No. 4,130,117**

**Registered Apr. 24, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 95052

FOR: COMPUTER SOFTWARE FOR CREATING 3D ANIMATION; 3D ANIMATION PROCESS TECHNOLOGY SOFTWARE FOR CREATION, PRODUCTION, RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND, VIDEO, MOVIES, FILMS, ANIMATED CONTENT, GRAPHICS AND IMAGES; COMPUTER SOFTWARE FOR USE IN RELATION TO DIGITAL ANIMATION AND SPECIAL EFFECTS OF IMAGES; SOFTWARE FOR PROCESSING IMAGES, GRAPHICS AND TEXT; SOFTWARE TO CONTROL AND IMPROVE COMPUTER AND AUDIO EQUIPMENT SOUND QUALITY; COMPUTER GAME SOFTWARE; COMPUTER GRAPHICS SOFTWARE; ELECTRONIC GAME SOFTWARE; GAME SOFTWARE; VIDEO GAME SOFTWARE; VIRTUAL REALITY GAME SOFTWARE; INTERACTIVE VIDEO GAMES COMPRISED OF COMPUTER HARDWARE AND SOFTWARE; COMPUTERS; COMPUTER SERVERS; COMPUTER WORK STATIONS COMPRISING MICROPROCESSORS, CENTRAL PROCESSING UNITS, COMPUTER MONITORS, COMPUTER MEMORIES AND COMPUTER MEMORY HARDWARE, COMPUTER DISK DRIVES, COMPUTER CHIPSETS, MOTHERBOARDS AND COMPUTER PERIPHERALS; COMPUTER HARDWARE, COMPUTER MOTHERBOARDS, INTEGRATED CIRCUITS, SEMICONDUCTORS AND MICROPROCESSORS; VIDEO GAME CARTRIDGES; COMPUTER SOFTWARE FOR PLAYING VIDEO GAMES AND COMPUTER GAMES WITH OTHERS VIA A GLOBAL COMPUTER OR COMMUNICATION NETWORK; COMPUTER SOFTWARE FOR COMPRESSING AND DE-COMPRESSING DATA AND VIDEO IMAGES; NOTEBOOK AND LAPTOP COMPUTERS; PORTABLE COMPUTERS; HANDHELD COMPUTERS; TABLET COMPUTERS; ULTRA MOBILE COMPUTERS; COMPUTER SOFTWARE FOR USE IN PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK; COMPUTER FIRMWARE, NAMELY, COMPUTER OPERATING SYSTEM SOFTWARE, COMPUTER UTILITY SOFTWARE; PORTABLE VIDEO PLAYERS; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES FOR USE WITH EXTERNAL DISPLAY SCREEN OR MONITOR , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302008043844, FILED 7-1-2008, REG. NO. 302008043844, DATED 9-5-2008, EXPIRES 7-31-2018.

Director of the United States Patent and Trademark Office





# INTEL COFLUENT

**Reg. No. 4,277,312**
**Registered Jan. 15, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTEL CORPORATION (DELAWARE CORPORATION)
2200 MISSION COLLEGE BOULEVARD
SANTA CLARA, CA 950528119

FOR: COMPUTER SOFTWARE TOOLS FOR SIMULATION, MODELING, ANALYZING, VALIDATING, AND DESIGN OF COMPUTER SYSTEMS AND SYSTEM ARCHITECTURE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-2-2012; IN COMMERCE 6-2-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,017,448, 4,010,734, AND OTHERS.

SN 85-603,213, FILED 4-19-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT
EE